AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
　　　　　　　Sheet 1

# UNITED STATES DISTRICT COURT

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | **(For a Petty Offense) — Short Form** |
| IAN Z. WOLF | Case No.   09-po-00015-LTM |
| | USM No. |
| | Pro se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)　　One, Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. § 261.10(b) | Occupy National Forest Lands for Residential Purposes | 01/08/2009 | One |

☐  Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

　　　All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $  10.00 | $  150.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  1756

Defendant's Year of Birth:  1976

City and State of Defendant's Residence:
Dillon, CO 80435

04/06/2009
Date of Imposition of Judgment

Signature of Judge

Laird T. Milburn          Magistrate Judge
Name and Title of Judge

04/08/2009
Date